UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENIEL B. NORFLEET, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:17-cv-01232 ) |
| HEATHER ANN RENNER, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 100) recommending that the Court deny Plaintiff's Motion for Default Judgment as to Heather Renner (Doc. No. 96) and dismiss Plaintiff's claims against her. No timely objections to the R&R have been filed despite the R&R's specific warnings regarding waiver.

Having thoroughly reviewed the R&R de novo, the Court agrees with the Magistrate Judge's analysis. Accordingly, the Court rules as follows:

1. The R&R (Doc. No. 100) is **APPROVED AND ADOPTED**;

2. Plaintiff's Motion for Default Judgment as to Heather Renner (Doc. No. 96) is **DENIED**; and

3. Plaintiff's claims against Heather Renner are **DISMISSED WITH PREJUDICE**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE